## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLORADO

CIVIL ACTION FILE NO. 06-cv-00150-EWN-MJW

MARLA A. SEWELL, individually and as parent and next friend of Brooke Sewell, and BROOKE SEWELL,

Plaintiffs,

    vs.

SAFECO INSURANCE COMPANY OF AMERICA, an insurance corporation,

Defendant.

___

### ORDER RE DISMISSAL AND PROPER NAME OF DEFENDANT
___

THIS MATTER having come before the Court on the parties' Stipulation re Dismissal and Proper Name of Defendant, and the Court having reviewed the above matter, enters the following order:

IT IS HEREBY ORDERED THAT: SAFECO INSURANCE COMPANY OF ILLINOIS shall be dismissed without prejudice from this proceeding. All further pleadings herein shall reference the Defendant SAFECO INSURANCE COMPANY OF AMERICA.

SO ORDERED this 15th day of February, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      United States District Judge