IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00150-EWN-MJW

MARLA G. SEWELL, et al.,

Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant.

**MINUTE ORDER**

It is hereby **ORDERED** that the Plaintiffs' Motion to Change Name of Plaintiff in Caption is GRANTED.  The caption shall be amended to reflect "Marla G. Sewell."

Date: November 3, 2006